**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Thomas Drew Mitchell**

**Plaintiff,**

**v.**

**Bevan Blauert and Michael Williams,**

**Defendants.**

**Civil No. 00-2366 DDA/SRN**

**ORDER**

---

The above entitled matter came before the undersigned United States Magistrate Judge on Plaintiff's request to amend the Complaint. Defendants have stipulated to the Amended Complaint in the attached form.

**THE CLERK OF COURT** is hereby directed to

(1) Accept the attached First Amended Complaint for docketing, and

(2) Substitute the name Darren Blauert for the name Bevan Blauert in the caption of the Complaint.

DATED: January 8, 2001

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

FILED JAN 08 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Thomas Drew Mitchell,

Plaintiff,

vs.

Bevan Blauert and Michael Williams,

Defendants.

---

Case No. 00-CV-2366 (DDA/SRN

STIPULATION TO
AMEND COMPLAINT

WHEREAS, Darren Blauert, not Bevan Blauert, is the correct name of one of the defendants in this action;

IT IS HEREBY STIPULATED AND AGREED TO by the undersigned parties to the above-entitled action, acting through their attorneys, that:

1. Defendants hereby agree to accept service of plaintiff's First Amended Complaint, a copy of which is attached hereto as Exhibit A. The First Amended Complaint is identical in all respects to the original Complaint except that the name of Bevan Blauert is changed to Darren Blauert; and

2. The parties agree that no response to the original Complaint is required and the Answer to Amended Complaint, dated December 18, 2000, shall stand as the Answer of the defendants.

Dated: December 21, 2000

GARTNER, BENNETT & SCHUPP, PC

By: ______________________

Robert Bennett (6713)
Eric Hagcman (258180)
*Attorneys for Plaintiff*
Suite 2200, One Financial Plaza
120 South Sixth Street
Minneapolis, Minnesota 55402-1824
(612) 333-3839

Dated: December 21, 2000

JAY M. HEFFERN
City Attorney

By______________________
Peter W. Ginder (35099)
Assistant City Attorney
*Attorneys for Defendants*
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2478

802/stip-amend

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Thomas Drew Mitchell,

Plaintiff,

vs.

Darren Blauert and Michael Williams,

Defendants.

---

Case No. 00-CV-2366(DDA/SRN)

FIRST AMENDED COMPLAINT

JURY TRIAL DEMANDED UNDER FRCP 38(b)

For his Complaint, plaintiff, Thomas Drew Mitchell ("Mitchell"), hereby states and alleges as follows:

1. This is an action for money damages for injuries sustained by Mitchell as a result of an assault, false arrest and violation of his constitutional rights by two on-duty police officers of the City of Minneapolis. The assault and false arrest violated Mitchell's federal civil rights and constitutes tortious behavior on behalf of both defendants, all while acting under color of state law.

2. Mitchell brings this action pursuant to 42 U.S.C. §§1983 and 1988, the Fourth Amendment to the United States Constitution and 28 U.S.C. §§1331 and 1343(3). The aforementioned statutory and constitutional provisions confer original jurisdiction of this Court over this matter.

3. The amount in controversy exceeds $50,000, excluding interest and costs.

4. Mitchell, a student at the University of Notre Dame in South Bend, Indiana, was, at all times material herein, a citizen of the United States and a resident of the City of Minneapolis, County of Hennepin, State of Minnesota.

5. Defendants Darren Blauert ("Blauert") and Michael Williams ("Williams") were at all times mentioned herein duly appointed and acting officers of the police department of the City of Minneapolis.

6. On June 23, 2000, Mitchell and his friend, Christopher Thulin ("Thulin") were attending a concert at the Target Center in downtown Minneapolis with their girlfriends. Mitchell's girlfriend had flown in from Notre Dame for the evening, and Mitchell had rented a limousine for the night. After dinner at a restaurant on Lake Minnetonka, the four of them traveled to the Target Center.

7. After the concert ended at around 11:00 p.m., Thulin, Mitchell and their girlfriends left the Target Center and began to walk down First Avenue. As the group approached the intersection of First Avenue and Fifth Street, they observed a car blocking the intersection and a man rummaging through the trunk of the car.

8. Because the car was blocking the crosswalk, Thulin made some comment to the effect of "that's probably not the best place to park." Mitchell never had any conversation with the man, who turned out to be a plain clothes police officer.

9. As Mitchell approached the sidewalk on the other side of the street, he heard a voice yell for him to stop and he turned around to see defendant Blauert approaching him. Blauert grabbed Mitchell's arm, placed it behind his back and informed him he was being arrested.

10. According to his report, Blauert intended to arrest Mitchell for obstructing legal process, although the report alleges only that Mitchell yelled at the man rummaging through the trunk of the car. In actuality, Mitchell had done nothing whatsoever to merit being stopped, let alone arrested.

11. Blauert then led Mitchell down Fifth Street away from the crowd on First Avenue. Mitchell was protesting that Blauert must have the wrong guy, as Mitchell had done nothing wrong. When Blauert told him he had been harassing a police officer, Mitchell attempted to explain to Blauert that he had not said anything to the man and, furthermore, was unaware that the man in plain clothes was a police officer.

12. As Mitchell was he was being wrongfully detained, defendant Williams, who was patrolling downtown on his bicycle, arrived and pinned Mitchell against a wall with his bike.

13. When Mitchell told Blauert that he was a college student at Notre Dame, Blauert began to mock him in a sing-song voice, calling him "college boy" and telling him his "Daddy" wouldn't be able to come and save him.

14. When Mitchell then told Blauert and Williams that they were bad officers, they threw him down to the pavement and kneeled on his back.

15. Blauert and Williams then began escorting Mitchell to the downtown command center, causing him humiliation in front of his friends. When Mitchell yelled for Thulin to call Mitchell's family for help, Thulin was maced and arrested.

16. Both Thulin and Mitchell were forced to spend the night in jail.

17. Mitchell has incurred expenses associated with the criminal charges arising out of this matter.

18. Plaintiff demands a jury trial as to all issues of fact herein.

COUNT ONE

CIVIL RIGHTS VIOLATIONS BY DEFENDANTS BLAUERT AND WILLIAMS

19. Plaintiff realleges the allegations contained in paragraphs 1 through 18 herein against defendants Blauert and Williams.

20. By the actions described above, defendants Blauert and Williams, under color of state law, violated and deprived Mitchell of his clearly established and well-settled civil rights to be free from false arrest and the use of excessive and unreasonable force.

21. Blauert and Williams subjected Mitchell to these deprivations of his rights either maliciously or by acting with reckless disregard for whether Mitchell's rights would be violated by their actions.

22. As a direct and proximate result of the acts and omissions of Blauert and Williams, Mitchell suffered injuries, was forced to endure great pain and mental suffering and was damaged in an amount exceeding Fifty Thousand ($50,000) Dollars.

23. Plaintiff is entitled to punitive damages in an amount exceeding Fifty Thousand ($50,000) Dollars.

24. Plaintiff is entitled to recovery of his reasonable attorneys' fees under 42 U.S.C. §1988.

WHEREFORE, plaintiff Thomas Drew Mitchell prays for judgment against defendants as follows:

1. As to Count One, a money judgment against defendants Blauert and Williams for compensatory and punitive damages in an amount in excess of Fifty Thousand ($50,000) Dollars together with reasonable attorneys' fees, costs and disbursements under 42 U.S.C. §1988 and prejudgment interest; and

2. For such other and further relief as this Court may deem just and equitable.

Dated this 6th day of December, 2000.

GARTNER, BENNETT & SCHUPP, PC

By: ______________________

Robert Bennett (6713)
Eric Hageman (285180)
*Attorneys for Plaintiff*
Suite 2200, One Financial Plaza
120 South Sixth Street
Minneapolis, MN 55402-1824
(612) 333-3859

802/amnd-cmpt